THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS RIVERA, Appellant.

Submitted January 8, 2007; decided January 11, 2007

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.